Gregory J. Doan SBN 165174
Jay K. Chien SBN 251343
Doan Law Firm, LLP
635 Camino de Los Mares, Suite 100
San Clemente, CA 92673
jay@doanlawfirm.com
Tel    (949) 472-0593
Fax    (949) 472-5441

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>Lee Mabry<br><br>Betty Ann Mabry<br><br><br><br><br>Debtors. | Case No.: 6:09-bk-18092<br><br>APPLICATION FOR SUPPLEMENTAL FEES<br><br>NO HEARING REQUIRED |

TO THE HONORABLE DEBORAH J. SALTZMAN, ROD DANIELSON, CHAPTER 13 TRUSTEE, and all other interested parties:

Applicant is counsel of record for the above-named Debtors at the time the services to this fee application were performed. Fees requested at the confirmation hearing are in the amount of $ 4,000.00. Supplemental fees have been awarded as follows: -$0- . Total fees requested to date: $ 4,000.00. Additionally pending supplemental fee applications amount to -$0-.

While working toward or since confirmation of said Plan, Application has performed certain extraordinary services at the request of Debtor as follows:

Application for Supplemental Fees  –  1

| Date: | Activity | Fee |
|---|---|---|
| 5/15/09 | Motion to Avoid Lien of Second Trust Deedholder | $500.00 |

The reasonable value of said services is $ 500.00 of which -$0- has been paid.

WHEREFORE, Applicant prays for an allowance made in the sum of $ 500.00 .

Dated: 2/7/11                    **DOAN LAW FIRM, LLP**

By:    /s/ Gregory J. Doan
       Gregory J. Doan
       Attorney for Debtors

| In re:<br>Lee  Mabry<br>Betty Ann Mabry | CHAPTER: **13**<br>CASE NUMBER: 6:09-bk-18092 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

635 Camino de los Mares, Ste 100, San Clemente, CA 92673

The foregoing document described ___APPLICATION FOR SUPPLEMENTAL FEES___  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/7/11** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Rod (DS) Danielson: notice-efile@rodan13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **2/7/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/7/11 | **Alicia Thompson** | **/s/** Alicia Thompson *Alicia Thompson* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Application for Supplemental Fees  –  3

| In re:<br>Lee  Mabry<br>Betty Ann Mabry | CHAPTER: **13**<br>CASE NUMBER: 6:09-bk-18092 |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

 **VIA US MAIL:**

**Honorable Deborah J. Saltzman**
**United States Bankruptcy Court**
**3420 Twelfth Street, Suite 385**
**Riverside, CA 92501-3819**

**Rod Danielson, Ch. 13 Trustee**
**4361 Latham Street, Suite 270**
**Riverside, CA 92501**

**Lee  Mabry**
**Betty Ann Mabry**
**31301 Ashmill Ct**
**Temecula, CA 92591**